**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| ANTONIO BARRENO CUX, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:26-cv-02671-SHL-cgc |
| CHRISTOPHER BULLOCK, Field Office Director of U.S. Immigration and Customs Enforcement, New Orlean Field Office, | ) | |
| Defendant. | ) | |

**ORDER STAYING TRANSFER AND REQUIRING RESPONSE**

On June 11, 2026, Plaintiff Antonio Barreno Cux filed the Emergency Motion for Temporary Restraining Order, Stay of Removal, and Request for Release.  (ECF No. 1.)  Barreno Cux seeks "to preserve the status quo long enough to permit meaningful presentation of the statutory and constitutional issues implicated by his imminent removal," including his status as a Special Immigrant Juvenile ("SIJ") and his "substantial basis to reopen and rescind his in absentia removal order for lack of notice."  (Id. at PageID 1.)  Specifically, he states that he never received notice of his order of removal under 8 U.S.C. 1229(a)(1) because, while he was a minor, he lived and moved addresses with his mother, who was illiterate and did not "understand hearing notices, address obligations, or the consequences of nonappearance."  (Id. at PageID 3, 6.)

Under Rule 65, a temporary restraining order ("TRO") can be issued without notice to the adverse party if

> (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and

(B)  the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

Fed. R. Civ. P. 65(b)(1).  However, Barreno Cux's attorney has not yet certified his efforts to give notice to defendant, and thus a TRO cannot be granted without notice to Defendant.

Thus, upon review of the Motion, it is **ORDERED** as follows:

(1)  Barreno Cux shall serve a copy of his Motion and this Order on Defendant's counsel, the U.S. Attorney for the Western District of Tennessee, at the following address:

> Stuart Canale, Assistant United States Attorney
> United States Attorney's Office
> 167 North Main Street
> Suite 800
> Memphis, TN 38103

Barreno Cux shall further email a copy of this Order to the United States Attorney for the Western District of Tennessee at the following email address: **stuart.canale@usdoj.gov**.

(2)  Within **two business days** after Barreno Cux fully complies with the above requirement, Defendant shall respond to the Motion in writing.

(3)  Barreno Cux may file a reply within **two business days** after Defendant's responsive filing.

(4)  Defendant shall not transfer Barreno Cux out of the Western District of Tennessee during the pendency of this action.

**IT IS SO ORDERED,** this 17th day of June, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

2